THIS ORDER IS APPROVED.

Dated: May 13, 2009

_____
JAMES M. MARLAR
U.S. Bankruptcy Judge
_____

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| MORTGAGE NOTES, INC. | Case No. 2:07-BK-03071-JMM |
| Debtor. | |

**ORDER APPROVING ABANDONMENT**

This matter having come before the Court on the trustee's Notice Of Abandonment And Notice Of Bar Date For Objections regarding the following property:

All remaining books and records of the debtor.

(hereinafter the "Property"); and

It appearing that notice of the proposed abandonment was duly given to creditors and parties in interest as appears from the certificate of mailing filed with the Court; and

There having been no objections to the trustee's notice timely filed and served; and

The Court having reviewed the proposed abandonment and finding that the requested relief is a reasonable exercise of the trustee's business judgment and is otherwise reasonable and in the best interest of the estate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the Property is abandoned.

**DATED AND SIGNED ABOVE.**