UST-6, 5/01

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:                                    )      Chapter 7
                                          )
MORTGAGE NOTES, INC.                      )      Case No. 07-03071-PHX-JMM
                                          )
                                          )      NOTICE OF TRUSTEE'S SALE
                                          )
                     Debtor(s)            )
_____)

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on <u>December 18, 2009</u>  at 8:30o'clock, a.m. at 230 N First Avenue, Suite 102, Phoenix, Arizona.

**Property to be sold:**
       **Except as included below, any and all remaining interests owned by the debtor and/or the bankruptcy estate in any real and/or personal property including, but not limited to, a judgment against Bill DeLaVara in the amount of $353,913.57 (Adv No. 2-08-ap-294), a judgment against MNI Properties in the amount of $291,391.81 (Adv No.  2-07-ap-471), all residual interests in promissory notes and/or deeds of trust, and any interest in any real estate not previously sold by the trustee during the pendancy of this bankruptcy case.**
**Excluded from the foregoing:**
   **1) Any and all claims of the bankruptcy estate against the defendants in Adv No. 2-09-ap-1335 and any funds recovered pursuant therto.**
   **2) Any cash and bank deposits held by the bankruptcy trustee.**

**All assets are sold "as is, where is" without warranty of any kind, subject to any and all liens and encumbrances.**

       Terms of Sale:
            To:          Klaus O'brien     (or any person making a higher and better offer)

            Purchase Price:        $   500.00

You may receive information by contacting the trustee at 602-264-4124.

Any person opposing the sale shall file a written objection on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, 230 N First Avenue, Suite 101, Phoenix, Arizona  85003 and mailed to the trustee <u>DALE D ULRICH</u> at the following address: <u>PMB-615, 1928 E HIGHLAND  SUITE F104, PHOENIX, AZ 85016.</u>

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale remains dependent upon the outcome of the Court hearing on the objection.

<u>November 3, 2009</u>                    <u>/s/ DALE D ULRICH</u>
                                          DALE D ULRICH, Trustee