UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MORTGAGE NOTES, INC. | ) | Case No. 07-03071-PHX JMM |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DALE D ULRICH, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10161 | 6/17/2010 | Ballpark Electric Inc<br>6726 N 61st Ave<br>Glendale, AZ 85301 | $148.08 |
| 10164 | 6/17/2010 | Einstein Roofing<br>23065 W Morning Glory Street<br>Buckeye, AZ 85326 | 117.16 |
| 10165 | 6/17/2010 | M&A Plastering LLC<br>23323 W Hopi Street<br>Buckeye, AZ 85326 | 147.75 |
| 10219 | 6/17/2010 | Bank of America<br>3101 N Central Ave Ste 500<br>Phoenix, AZ 85012 | 247.94 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 660.93 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| September 23, 2010 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |